UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-CV-60911-JORDAN

| | |
|---|---|
| Q CLUB RESORT AND RESIDENCES CONDOMINIUM ASSOCIATION, INC, et al. | ) ) ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| Q CLUB HOTEL, LLC, | ) ) |
| Defendant | ) ) |
| _____ | ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

In light of the order granting Q Club Hotel, LLC's motion to dismiss [D.E. 30], and the plaintiffs' failure to file an amended complaint, this action against Q Club Hotel, LLC is DISMISSED WITHOUT PREJUDICE, all parties to bear their own costs and fees. Any and all pending motions are DENIED AS MOOT. This case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 25th day of January, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record